UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MOODY, an individual<br><br>                                        Plaintiff(s)<br>v.<br><br>NCO FINANCIAL SYSTEMS, INC., and CAPITAL ONE BANK (USA), N.A.; and DOES 1 through 10 inclusive,<br><br>                                        Defendant(s). | CASE NUMBER<br><br>09-CV-04705 PSG (CSx)<br><br>STIPULATION REGARDING SELECTION OF ATTORNEY SETTLEMENT OFFICER |

**CHECK ONLY ONE BOX:**
**Pursuant to the ADR Pilot Program:**

☑ The parties stipulate that Gail Killefer _____ may serve as the Attorney Settlement Officer for an early settlement conference in the above-captioned case. Plaintiff has obtained the consent of the Attorney Settlement Officer who will conduct the early settlement conference.

☐ The parties stipulate that _____ may serve as the Attorney Settlement Officer for a Local Civil Rule 16-15 Settlement Conference in the above-captioned case. Plaintiff has obtained the consent of the Attorney Settlement Officer who will conduct the Local Civil Rule 16-15 Settlement Conference.

☐ The parties request the Program Coordinator to randomly assign an Attorney Settlement Officer in the above-captioned case from the following area of law: _____

**Pursuant to Local Rule 16-15.4, Settlement Procedure No. 2:**

☐ The parties stipulate that _____ may serve as the Attorney Settlement Officer for the settlement proceedings in the above-captioned case. Plaintiff has obtained the consent of the Attorney Settlement Officer who will conduct the settlement proceedings.

☐ The parties request the Program Coordinator to randomly assign an Attorney Settlement Officer for the settlement proceedings in the above-captioned case from the following area of law: _____

Dated: 10/23/09                              _____
                                                       Attorney For Plaintiff

Dated:_____                _____
                                                       Attorney For Plaintiff

Dated: 10/23/09                              _____
                                                       Attorney For Defendant

Dated:_____                _____
                                                       Attorney For Defendant

**Attorney for Plaintiff to electronically file original document:**

ADR-02 (05/08)          STIPULATION REGARDING SELECTION OF ATTORNEY SETTLEMENT OFFICER