Jeremy S. Golden (SBN 228007)
3130 Bonita Road, Suite 200B
Chula Vista, CA  91910
jeremy@efaganlaw.com
Phone: 619-656-6656 Fax: 775-898-5471
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL MOODY, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.; and CAPITAL ONE BANK (USA), N.A.; and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No.:  2:09-cv-09-04705 PSG (CWx)<br><br>**Stipulation for Dismissal** |

//
//
//
//
//
//
//

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) Plaintiff Michael Moody and Defendant Capital One Bank (USA), N.A. stipulate to a complete dismissal of this action with prejudice.

Date: December 7, 2009

_____s/ Jeremy S. Golden_____
Jeremy S. Golden,
Attorney for Plaintiff

Date: December 7, 2009

_____s/ Hemmy So_____
Hemmy So
Attorney for Defendant