E-FILED 12-9-09
JS-6

Jeremy S. Golden (SBN 228007)
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@efaganlaw.com
Phone: 619-656-6656 Fax: 775-898-5471
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MOODY, an individual, | Case No.: 2: 09-cv-04705 PSG (CWx) |
| Plaintiff, | [Proposed] Order |
| v. | |
| NCO FINANCIAL SYSTEMS, INC.; and CAPITAL ONE BANK (USA), N.A.; and DOES 1 through 10 inclusive, | |
| Defendants. | |

**ORDER**

Pursuant to the stipulation of the parties, this action is dismissed with prejudice.

IT IS SO ORDERED

DATED: December 9, 2009            BY: _____

                                    Hon. Philip S. Gutierrez